**Dismiss and Opinion Filed March 23, 2022**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00689-CV**

**ANGELOS KOLOBOTOS AND KOLOBOTOS PROPERTIES, LLC,**
**Appellants**
**V.**
**JTREO, INC. AND DAVID BUTTROSS A/K/A DAVID A. BUTTROSS, II,**
**Appellees**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-07775**

## MEMORANDUM OPINION

Before Justices Carlyle, Smith, and Garcia
Opinion by Justice Carlyle

By a January 19, 2022 order, the Court reinstated this appeal and directed appellants to file their brief by February 18, 2022. When they did not file a brief, the Court notified them by February 28, 2022 postcard that failure to file a brief and rule-compliant extension motion within ten days would result in dismissal. Because appellants have not complied, we dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

_/Cory L. Carlyle//_
CORY L. CARLYLE
JUSTICE

210689f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ANGELOS KOLOBOTOS AND
KOLOBOTOS PROPERTIES, LLC,
Appellants

No. 05-21-00689-CV          V.

JTREO, INC. AND DAVID
BUTTROSS A/K/A DAVID A.
BUTTROSS, II, Appellees

On Appeal from the 95th District
Court, Dallas County, Texas
Trial Court Cause No. DC-20-07775.
Opinion delivered by Justice Carlyle,
Justices Smith and Garcia
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees JTREO, Inc. and David Buttross a/k/a David A. Buttross, II recover their costs, if any, of this appeal from appellants Angelos Kolobotos and Kolobotos Properties, LLC.

Judgment entered this 23rd day of March, 2022.